AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ for the _____ DISTRICT OF __Massachusetts__

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

WILLIAM WALSH, INC.

TO: (Name and address of defendant)

William F. Walsh, President
William Walsh, Inc.
57 Littlefield Street
Avon, MA 02322

04-12224 GAO

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

DATE  10-22-04

(BY) DEPUTY

AO

S

NAM

**Norfolk County Sheriff's Department** P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

November 1, 2004

I hereby certify and return that on 10/28/2004 at 1:30PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to John Tate, manager, , person in charge at the time of service for William Walsh, Inc., at , 57 Littlefield Street, Avon, MA 02322. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

Deputy Sheriff Ronald Goguen

Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                                                Signature of Server

                                                                    _____
                                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.