UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM WALSH, INC., <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04cv12224 GAO |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant, William Walsh, Inc. in the above-captioned action. Defendant was served with the complaint and summons on October 28, 2004.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: February 23, 2005

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Fienberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell
Attorney for Plaintiff,
Charles Langone, Fund Manager

Certificate of Service

    I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Robert F. Murphy, CFO, Walsh Movers, 57 Littlefield Street, Avon, MA 02322.


Date: February 23, 2005                    /s/ Catherine M. Campbell
                                                Catherine M. Campbell