## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHARLES LANGONE** | **CIVIL ACTION** |
| Plaintiff | |
| | NO. 04-12224-GAO |
| V. | |
| **WILLIAM WALSH, INC** | |
| Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **CHARLES LANGONE** for an order of Default for failure of the Defendant, **WILLIAM WALSH, INC**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **20** day of **MAY, 2005**.

SARAH A. THORNTON
CLERK OF COURT

By: **PAUL S. LYNESS**
Deputy Clerk

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)