UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
    Plaintiff, )   C.A. No. 04-12224 GAO
)
v. )
)
WILLIAM WALSH, INC., )
    Defendant, )
_____ )

## AGREEMENT FOR JUDGMENT

The Plaintiff, Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, and the Defendant, William Walsh, Inc., hereby stipulate and agree to enter this judgment for the Plaintiff against the Defendant for a total of $60,815.67 which includes $49,100.37 for payment of unpaid contributions for the period of November and December 2004 and outstanding late charges; liquidated damages in the amount of $9,820.07, and attorney's fees and costs in the amount of $1,895.23 as provided by Section 502(g)(2) of ERISA, U.S.C. § 1132(g)(2).

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $60,815.67. Plaintiff does not waive his right to conduct an audit of Defendant's payroll records and to pursue any additional contributions which may be owed in accordance with such audit.

| For the Plaintiff, | For the Defendant, |
|---|---|
| CHARLES LANGONE, FUND MANAGER | WILLIAM WALSH, INC. |

_Catherine M. Campbell_
Catherine M. Campbell, BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

Dated: 5/31/05

_William F. Walsh_
William F. Walsh, President
57 Littlefield Street
Avon, MA 02322

Dated: 5/26/05

By the Court,

_____
Deputy Clerk

Dated: