UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM WALSH, INC., <br> Defendant, | C.A. No. 04-12224 GAO |

**SATISFACTION OF JUDGMENT**

As the defendants have paid all sums owed under the judgment issued in this matter on September 21, 2005, this document serves a notice that the Judgment has been satisfied.

Dated: September 21, 2005                  For the Plaintiff,


/s/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Fienberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976